UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES JACKSON and MITZI JACKSON, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>WIERSEMA CHARTER SERVICE, INC., )<br>)<br>Defendant(s). ) | Case No. 4:08CV00027 JCH |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Wiersema Charter Service, Inc.'s Motion to Quash or Limit the Scope of Plaintiff's Third Amended Notice of Oral and Videotaped Deposition Duces Tecum of the Corporate Representatives for Wiersema Charter Service, Inc., filed March 26, 2009. (Doc. No. 35). Defendant objects to several topics in the Notice of Deposition because those topics relate to Defendant's pending Motion to Dismiss (Doc. No. 14). The Court will grant Defendant's Motion to Quash the deposition of Defendant's corporate representative until after this Court has ruled on Defendant's pending Motion to Dismiss.

## **CONCLUSION**

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wiersema Charter Service, Inc.'s Motion to Quash or Limit the Scope of Plaintiff's Third Amended Notice of Oral and Videotaped Deposition Duces Tecum of the Corporate Representatives For Wiersema Charter Service, Inc. (Doc. No. 35) is **GRANTED**, in part, and the deposition of Defendant's corporate representative shall not occur until after this Court has ruled on Defendant's pending Motion to Dismiss (Doc. No. 14).

Dated this 26th day of March, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE